# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER AMENDING** |
| Plaintiff, | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amber Lee Herd, | ) | |
| | ) | Case No. 1:15-cr-055 |
| Defendant. | ) | |

On March 24, 2015, the court released defendant Amber Lee Herd subject to a number of conditions including the condition that she not have contact with the codefendants in the above-captioned case. The court was subsequently advised that Herd is engaged to Defendant Ronald Gage Newhauser. The Government advised that it does not object to Herd and Gage being permitted to have contact with one another. Accordingly, the court **ORDERS** Defendant Herd's release condition prohibiting her from contacting codefendants **AMENDED** to provide that:

> Defendant shall not knowingly or intentionally have any direct or indirect contact with codefendants except that defendant may have contact with Ronald Gage Newhauser and that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

All other previously imposed conditions of release remain in effect.

Dated this 25th day of March, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court